FILED

10/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0369

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| PARKER NOLAND, | Case No.: DA 24-0369 |
| Appellant/Plaintiff, | |
| vs. | |
| STATE OF MONTANA, MONTANA PUBLIC SERVICE COMMISSION, JAMES BROWN, in his official capacity as President of the Montana Public Service commission, BRAD JOHNSON, in his official capacity as Vice President of the Montana Public Service Commission, and RANDY PINOCCI, TONY O'CONNELL, and JENNIFER FIELDER, in their official capacities as Commissioners of the Montana Public Service Commission, | **ORDER** |
| Appellees/Defendants, | |
| EVERGREEN DISPOSAL, INC. | |
| Appellee/Intervenor. | |

Appellee/Intervenor Evergreen Disposal, Inc. having filed an *Unopposed Motion for Extension of Briefing Schedule* to allow the Amicus Brief of Montana Solid Waste Contractors' to be filed simultaneously with the anticipated Amicus Briefs of Goldwater Institute and Cato Institute on October 31, 2024, and for a 30-

1

day extension of the time for all Appellees and Intervenors to file response briefs in order to include responses to the Amicus Briefs, and good cause appearing therefor;

IT IS HEREBY ORDERED that said Motion is GRANTED. Montana Solid Waste Contractors' Amicus Brief is due October 31, 2024; Appellees' and Intervenors' Briefs are due November 18, 2024.

**ELECTRONICALLY SIGNED AND DATED BELOW**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 11 2024